United States Court of Appeals for the Second Circuit

Thurgood Marshall U.S. Courthouse

40 Foley Square

New York, NY 10007

Date: April, 27 2011
Docket# 10-1734 -cv

Ms. Cynthia Clanton
287 Kings Hwy South
Rochester, New York 14617

Dear, United States Court of Appeals for the Second Circuit

I, Cynthia Clanton am writing the court for my new change of address as of April, 9 2011 in respect of other matters.

Sincerely,

Cynthia Clanton

*Cynthia Clanton* (signature)

